E-Filed 5/26/16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MARIE ENCAR ARNOLD DANTES,

    Plaintiff,

v.

STANFORD HEALTH CARE,

    Defendant.

Case No. 15-cv-05951-HRL

**ORDER GRANTING MOTION TO APPOINT COUNSEL FOR LIMITED-SCOPE REPRESENTATION**

Plaintiff Marie Dantes ("Dantes") moves the court to appoint counsel for the limited purpose of representing her at a settlement conference set for June 6, 2016.

Dantes asserts that: (1) she has no lawyer; (2) she lacks the financial resources necessary to hire a lawyer; (3) she has "contacted approximately 30 lawyers" without "those consultations" leading to representation; and (4) her case "warrants pro bono representation because an attorney could help [her]" to understand her case, to negotiate at the settlement conference, and to understand any proposed settlement agreement. In addition, the Staff Attorney at the Federal Pro Se Program states that he consulted with Dantes and that he believes she would benefit from the limited-scope representation she requests.

The court is satisfied, pursuant to General Order 25, that the motion should be granted as follows: (1) the Federal Pro Se Program shall attempt to secure the services of a suitable volunteer attorney; and (2) if a suitable volunteer is found, the court will appoint the volunteer for the limited purpose of representing Dantes in the course of the upcoming settlement conference.

**IT IS SO ORDERED.**

Dated: 5/26/16

_____
HOWARD R. LLOYD
United States Magistrate Judge