UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ENCAR ARNOLD DANTES,<br><br>        Plaintiff,<br><br>    v.<br><br>STANFORD HEALTH CARE,<br><br>        Defendant. | Case No. 15-cv-05951-HRL   (NC)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 47 |

In light of the order granting plaintiff's motion to appoint counsel for limited-scope representation, the further settlement conference scheduled for June 6, 2016 is VACATED. The Court will reschedule the conference once counsel is appointed.

**IT IS SO ORDERED.**

Dated: May 27, 2016

                                    NATHANAEL M. COUSINS
                                    United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ENCAR ARNOLD DANTES,<br>Plaintiff,<br>v.<br>STANFORD HEALTH CARE,<br>Defendant. | Case No. 15-cv-05951-HRL   (NC)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marie Encar Arnold Dantes
1201 Sycamore Terrace #102
Sunnyvale, CA 94086

Dated: May 27, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS

2