E-Filed 6/22/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ENCAR ARNOLD DANTES,<br><br>Plaintiff,<br><br>v.<br><br>STANFORD HEALTH CARE,<br><br>Defendant. | Case No.  15-cv-05951-HRL<br><br>**ORDER DIRECTING PARTIES TO PROCEED WITH SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 47 |

The court granted Plaintiff's motion for the appointment of counsel for the limited purpose of representing her in a magistrate-judge settlement conference. The court directed the Federal Pro Se Program to "attempt to secure the services of a suitable volunteer attorney[.]" Dkt. No. 47 at 1. The court vacated the settlement conference to permit the Federal Pro Se Program additional time to search for a volunteer. *See* Dkt. No. 48 at 1. The court has received notice, however, that the search for a volunteer has concluded and that no volunteer was found.

For lack of a volunteer to appoint, the court rules that Plaintiff shall reschedule and participate in a settlement conference without the benefit of appointed counsel. The parties shall promptly contact the chambers of Magistrate Judge Cousins in order to reschedule their settlement conference.

**IT IS SO ORDERED.**

Dated: 6/22/16

_____
HOWARD R. LLOYD
United States Magistrate Judge