1 MICHAEL D. BRUNO (SBN: 166805)
mbruno@gordonrees.com
2 ERIC A. ORTIZ (SBC: 291618)
eortiz@gordonrees.com
3 GORDON & REES LLP
275 Battery Street, Suite 2000
4 San Francisco, CA 94111
Telephone: (415) 986-5900
5 Facsimile: (415) 986-8054

6 Attorney for Defendants
STANFORD HEALTH CARE, ERRONEOUSLY SUED AS STANFORD HOSPITAL
7 AND CLINICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIE ENCAR ARNOLD DANTES, | CASE NO. 15-cv-05951-HRL |
|---|---|
| Plaintiff, | **REQUEST FOR SETTLEMENT CONFERENCE CONTINUANCE**; |
| vs. | ORDER |
| STANFORD HOSPITAL AND CLINICS | |
| Defendants. | |

**TO THIS HONORABLE COURT:**

Defendant Stanford Health Care hereby respectfully requests that this Court continue the Further Settlement Conference currently scheduled for August 5, 2016 to August 16, 2016 for the following reasons:

-1-
DEFENDANT STANFORD HEALTH CARE'S REQUEST FOR CONTINUANCE OF FURTHER SETTLEMENT CONFERENCE

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1    1.    The handling attorney (and trial counsel) for Defendant Stanford Health Care will
2 be on early paternity leave during August 5, 2016.
3    2.    Counsel for Stanford Health Care immediately reached out to Plaintiff for the
4 purpose of requesting a stipulation for a continuance of the Further Settle Conference.  Plaintiff
5 agreed to an August 16, 2016 continuance.
6    Accordingly, both parties in this matter respectfully request that this Court continue the
7 Further Settlement Conference to August 16, 2016.
8
9 Dated:  July 11, 2016                    GORDON & REES, LLP
10
11                                  By:     */s/ Michael D. Bruno*
                                        Michael D. Bruno
                                        Attorney for Defendant
12                                      STANFORD HEALTH CARE
13
14                              ORDER
15    The Further Settlement Conference is continued to August 16, 2016 at 9:30 a.m.
16 in Courtroom 7, 4th Floor, San Jose. Updated settlement conference statements are due by
17 August 9, 2016.
18
19 July 12, 2016



IT IS SO ORDERED
Judge Nathanael M. Cousins

1113362/28746208v.1

-2-

DEFENDANT STANFORD HEALTH CARE'S REQUEST FOR CONTINUANCE OF FURTHER SETTLEMENT CONFERENCE