E-filed 3/24/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIE ENCAR ARNOLD DANTES, | Case No.15-cv-05951-HRL |
|---|---|
| Plaintiff, | Case No. 16-cv-1243-HRL |
| v. | **ORDER OF DISMISSAL** |
| STANFORD HEALTH CARE, | Re: Dkt. Nos. 56, 7 |
| Defendant. | |

These consolidated cases settled at a settlement conference in August 2016. Pro se plaintiff Marie Encar Arnold Dantes submitted a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) purporting to voluntarily dismiss these actions with prejudice, with each side to bear its own costs. Dkt. Nos. 56, 7. However, as Defendant filed an answer in Case No. 15-cv-5951, to be effective, a stipulated dismissal must be either signed by all of the parties that have appeared or confirmed by a court order. The court therefore construes plaintiff's stipulated dismissal as a request for an order of a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

The court hereby dismisses these consolidated actions with prejudice. Each side is to bear its own costs. The clerk shall close the files in these cases.

**IT IS SO ORDERED.**

Dated: 3/24/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge